1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **NORTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| IN RE NAPSTER, INC. COPYRIGHT LITIGATION | CASE NO. C-MDL-00-1369 MHP |
| | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE OF EMI CLAIMS** |
| THIS DOCUMENT RELATES TO: | |
| CAPITOL RECORDS, INC., et al | No. C 04-2121 MHP |
| Plaintiffs, | |
| vs. | |
| BERTELSMANN AG, et al., | |
| Defendants. | |

23
24          Plaintiffs Capitol Records, Inc., Caroline Records, Inc., Noo Trybe Records, Inc.,
25  Virgin Records America, Inc., Narada Productions, Inc., Higher Octave Music, Inc., Priority
26  Records LLC, The Forefront Communications Group, Inc., Jubilee Communications, Inc. and
27  EMI Christian Music Group, Inc. and Defendants Bertelsmann AG, Bertelsmann, Inc. and BMG
28

Fried, Frank, Harris
Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
(212) 859-8000

-1-

Columbia House, Inc., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate that the above-captioned action, including all claims raised in the Complaint filed therein, shall be and hereby are dismissed with prejudice pursuant to a settlement agreement reached by the parties in this action.

DATED: March 27, 2007                    FRIED, FRANK, HARRIS,
                                         SHRIVER & JACOBSON LLP

                                         By: _____/s/_____
                                                    PETER L. SIMMONS
                                         Attorneys for EMI Plainitts

DATED: March 27, 2007                    WEIL, GOTSHAL & MANGES LLP

                                         By: _____/s/_____
                                                    R. BRUCE RICH
                                         Attorneys for BERTELSMANN Defendants

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED.

March 29, 2007            HON. MARILYN HALL PATEL
                          UNITED STATES

                          IT IS SO ORDERED

                          Judge Marilyn H. Patel

-2-

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE OF EMI CLAIMS
C-MDL-00-1369 MHP